# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 11, 2010

No. 08-30656
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHRISTOPHER CRAYTON

Defendant - Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:07-CR-19-1

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

E. Wayne Walker, the attorney appointed to represent Christopher Crayton, has renewed his motion for leave to withdraw and has filed a supplemental brief. Crayton has filed a response.

Counsel has yet to comply fully with this court's prior orders to file a brief in conformance with *Anders v. California*, 386 U.S. 738 (1967). Despite this court's prior instruction, the *Anders* briefs offer scant legal analysis regarding the validity of the guilty plea and do not cite to the specific record volumes.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Nevertheless, because our independent review of the record, counsel's briefs, and Crayton's response discloses no nonfrivolous issue for appeal, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Counsel, however, is CAUTIONED that failure to comply with any future order of this court could result in the imposition of sanctions, which may include denial of payment for services rendered and removal from the case.